**David H. GOSS, Petitioner,**

v.

**DEPARTMENT OF THE AIR FORCE, Respondent.**

No. 04–3242.

United States Court of Appeals, Federal Circuit.

DECIDED: Oct. 8, 2004.

CLEVENGER, Circuit Judge.

*ORDER*

David H. Goss moves for reconsideration of the court's order dismissing his petition for review for failure to file a brief.*

Goss has now submitted his informal brief.

Accordingly,

IT IS ORDERED THAT:

(1) The motion for reconsideration is granted.

(2) The August 6, 2004 dismissal order is vacated, the mandate is recalled, and the petition for review is reinstated.

---

* Goss further requests that the court "order the needed copies of my supplemental briefs" from the Merit Systems Protection Board. It is unclear what relief Goss seeks with this request.